✓ **Priority**
✓ **Send**
___ Clsd
✓ **Enter**
✓ **JS-6**
___ JS-2/JS-3
___ Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINO BLASTIQUE CASTILLO; LINO BRYAN AGRA CASTILLO; WILFREDO SICAT OLALIA and MARK MERCADO OLALIA,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES ("CIS"); JOHN ABRAM, et al.<br><br>        Defendants. | Case No. CV 06-02546 DDP (Ex)<br><br>**ORDER OF DISMISSAL** |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: February 28, 2008

_____
DEAN D. PREGERSON
United States District Judge